## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Beverly Havier**; DOB: 1978; United States<br>**Vernon Matthew Mendoza**; DOB: 1981; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. 26-02007MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 4, 2026, in the District of Arizona, **Beverly Havier** and **Vernon Matthew Mendoza**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Silvia Victoria Arriaga-Ruano De Guarcas, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On May 4, 2026, in the District of Arizona (North Komelik), Border Patrol Agents (BPAs) were performing duties at the Border Patrol immigration checkpoint located on the Tohono O'odham Indian Reservation at mile post 30 on Federal Route (FR) 15. At approximately 10:30 a.m., a white sedan approached the primary lane for inspection. As BPAs made contact with the driver, later identified as **Beverly Havier**, a United States citizen, she maintained a friendly demeanor during the encounter. BPAs requested the driver to lower all windows of the vehicle to facilitate a clear view of the interior, to which the driver complied. A front seat passenger was also encountered, identified as **Vernon Matthew Mendoza**, also a United States citizen. During the inspection, BPAs observed a suspicious object wrapped in a black blanket located on the floorboard of the second-row seating area. This appeared suspicious to BPAs as the shape and placement of the object appeared inconsistent with standard cargo. BPAs asked the driver if they could look further, and the driver said "yes". When BPAs lifted the blanket, they discovered an individual concealed under the wrapping. All occupants were separated, and the sedan was moved to the secondary inspection area for a more thorough search. BPAs performed an immigration inspection of the subject hidden under the blanket, identified as Silvia Victoria Arriaga-Ruano De Guarcas. She admitted to being a citizen of Guatemala, present in the United States illegally. Record checks revealed she was in possession of the proper documentation to enter, pass through, or remain in the United States.

Material witness, Silvia Victoria Arriaga-Ruano De Guarcas, stated she is a citizen of Guatemala and agreed to pay a human smuggler $180,000 GTQ to be smuggled from Sonora, Mexico to Mississippi to meet her husband. She stated on April 27, 2026, at approximately 11:00 a.m., she crossed the International Boundary Fence (IBF) with four other individuals and a foot guide. They then walked through the desert for approximately five days before being picked up. They then waited at a pick-up location for approximately seven minutes before entering a red vehicle.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Silvia Victoria Arriaga-Ruano De Guarcas

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Taylor Garrett<br>Border Patrol Agent |
|---|---|

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 5, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

**Continued from front page.**

She stated everyone, excluding the foot guide, entered the vehicle. Then they drove for approximately one hour before making a stop. She was then told to transfer from the red sedan into a white sedan. She stated a female was driving the white vehicle, and a male passenger was already in the vehicle. She stated neither the driver nor other passenger spoke Spanish, preventing any communication. They then drove for approximately 30 minutes before making another stop. She claimed the male passenger signaled for her to get on the floor of the car and wrapped her in a blanket. They came to a stop when she heard BPAs questioning the driver. She stated all occupants in the vehicle she was encountered in were arrested by Border Patrol. She stated she believed the driver and passenger were aware she was illegally present in the United States because they concealed her under a blanket before arriving to the immigration checkpoint. When presented with a photo array, Arriaga-Ruano De Guarcas positively identified **Beverly Havier** as the driver of the vehicle.